225-08/MEU/SJ

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SK SHIPPING CO. LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

SK SHIPPING CO. LTD.,

                                 Plaintiff,

    -against -

CETROTEK HOLDING LIMITED,

                                 Defendant.
----------------------------------------------------------------x

**RULE 7.1 STATEMENT**

      The Plaintiff, SK SHIPPING CO. LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that the Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       April 25, 2008

                                           FREEHILL HOGAN & MAHAR, LLP
                                           Attorneys for Plaintiff
                                           SK SHIPPING CO. LTD.

              By: _____
                                           Michael E. Unger (MU 0045)
                                           80 Pine Street
                                           New York, NY 10005
                                           Telephone: (212) 425-1900
                                           Fax: (212) 425-1901

NYDOCS1/303516.1